## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO.. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:12-CV-4431-P |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Pursuant to Rule 41(a) and Plaintiff's Motion to Dismiss, this case is dismissed against said Defendant Wells Fargo Bank, N.A., as Trustee for SIP Cayman I, Ltd., with prejudice. Each Party shall be its own costs.

**SO ORDERED** this 31st day of January, 2013.

*/s/ Jorge A. Solis*
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - SOLO PAGE